## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**OSCAR ORLANDO CASTRO-MARTINEZ,**

      **Petitioner,**

**v.**                                    **Case No. 5:24-cv-135-WFJ-PRL**

**WARDEN, FCC COLEMAN – LOW,**

      **Respondent.**

_____/

## ORDER

Before the Court is Oscar Orlando Castro-Martinez's ("Petitioner") pro se Petition for Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1), and the Warden's Response in Opposition (Doc. 5). After careful consideration, the Court denies the Petition.

## BACKGROUND

On October 1, 2019, a grand jury charged Petitioner and his co-defendants with trafficking of five kilograms or more of cocaine while aboard a vessel on the high seas. *See* Case No. 8:19-cr-453-MSS-JSS (M.D. Fla.) ("Criminal Case") at Doc. 1. On October 1, 2020, Petitioner entered a plea of guilty. (Criminal Case Doc. 90). On January 13, 2021, Petitioner was sentenced to 84 months in prison, followed by 60 months of supervised release. (Criminal Case Doc. 134).

In his pending Petition, Petitioner seeks the reinstatement of his First Step Act time credits "that were taken from me." (Doc. 1 at 7).

## ANALYSIS

Under the First Step Act, federal prisoners who complete recidivism reduction programs and other productive activities can earn time credits to be applied to any remaining period of custody or supervised release. *See* 18 U.S.C. § 3632(d)(4). However, the statute lists certain categories of prisoners who are ineligible for these time credits. 18 U.S.C. § 3632(d)(4)(D) & (E). One of the statutory exemptions covers any prisoner who is "the subject of a final order of removal under any provision of the immigration laws" of the United States. 18 U.S.C. § 3632(d)(4)(E)(i); *see also* 28 C.F.R. § 523.44.

On September 18, 2023, a Notice and Order of Expedited Removal was entered. (Doc. 5-1 at 2). Petitioner was found to be inadmissible as charged and ordered removed from the United States. *Id.* Thus, because Petitioner is subject to a final order of removal, he is not eligible for time credits under the First Step Act.

## CONCLUSION

It is therefore **ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is directed to enter judgment for Respondent, terminate any pending motions and deadlines, and close the case.

**DONE AND ORDERED** at Tampa, Florida on May 19, 2025.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record
Pro Se Party

2